UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE L. VENABLE, | Case No.  2:26-cv-1988-WBS-JDP (P) |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| T. MARTINEZ, | |
| Defendant. | |

Plaintiff, a state prisoner, brought this action and moved to proceed *in forma pauperis* on May 29, 2026.  ECF Nos. 1 & 2.  He is, however, a "three-striker" within the meaning of Title 28 U.S.C. § 1915(g).  Plaintiff has had at least three cases dismissed for failure to state a claim upon which relief can be granted.  The court takes judicial notice of the following cases constituting strikes because each was dismissed for failure to state a claim: (1) *Venable v. Perry*, *et al.*, No. 2:21-cv-0814-JAM-AC, dismissed September 3, 2021, for failure to state a claim; (2) *Venable v. St. Andre, et al.*, No. 2:24-cv-0133-DJC-EFB, dismissed November 3, 2025, for failure to state a claim; and (3) *Venable v. Tally*, No. 2:24-cv-1779-TLN-JDP, dismissed January 27, 2025, for failure to state a claim.

Plaintiff might be entitled to proceed *in forma pauperis* in spite of this status, if he alleged

1

he was in imminent danger. He does not. Plaintiff alleges that defendant Martinez used excessive force against him in May 2026. ECF No. 1 at 5. He does not allege that, at the time this action was filed, he was in any further, imminent danger of physical injury.

Accordingly, it is RECOMMENDED that plaintiff's application to proceed *in forma pauperis*, ECF No. 2, be DENIED and plaintiff be directed to tender the filing fee within twenty-one days of any order adopting these recommendations.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Any such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations," and any response shall be served and filed within fourteen days of service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:    June 29, 2026    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2