UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE L. VENABLE,<br>Plaintiff,<br>v.<br>T. MARTINEZ,<br>Defendant. | Case No. 2:26-cv-1988-WBS-JDP (P)<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 29, 2026, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 8. Plaintiff has filed objections to the findings and recommendations. ECF No. 9.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

The magistrate judge recommended that plaintiff's application to proceed *in forma*

*pauperis*, ECF No. 2, be denied because he is a "three-striker" within the meaning of section 1915(g). ECF No. 8 at 1-2. In his objections, plaintiff acknowledges that he did not allege imminent danger in the complaint, but claims that he fears "retaliation" from the defendant, who has made vague, possibly threatening comments toward him. *Id.* at 1-2. These allegations are insufficient to show imminent danger. In his objections, plaintiff claims that the defendant has stared at him and asked him "what do [you] want to do?" *Id.* at 1. Plaintiff declined to answer the question and defendant allegedly did nothing other than respond "yeah, that's what I thought." *Id.* at 2. These verbal exchanges are not sufficiently indicative of imminent physical danger.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 29, 2026, ECF No. 8, are ADOPTED in full;
2. Plaintiff's application to proceed *in forma pauperis*, ECF No. 2, is DENIED;
3. Plaintiff must submit the full filing fee within twenty-one days of this order's entry;
4. This matter is referred back to the magistrate judge for further proceedings.

Dated: August 20, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE