UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE L. VENABLE, Plaintiff, v. T. MARTINEZ, Defendant. | Case No. 2:26-cv-1988-WBS-JDP (P) ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 21, 2026, the court denied plaintiff's application for leave to proceed *in forma pauperis* because plaintiff is a three-strikers litigant within the meaning of 28 U.S.C. § 1915(g). ECF No. 10. Plaintiff was granted twenty-one days in which to pay the $405 filing fee for this action. *Id*. Plaintiff has not paid the filing fee, and the allotted time has passed.

Accordingly, it is hereby ORDERED that:

1. This action is DISMISSED without prejudice for failure to pay the filing fee; and
2. The Clerk of Court is directed to close the case.

Dated: October 7, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE